## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  **Dawson**      **Kenneth**       **D.**
     (Last)          (First)        (Initial)

Prisoner Number  **F-93695**         **2 08 - CV - 2754   FCD PC**

Institutional Address  **(Avenal State Prison, 450-2-024)**
**P.O. Box 9, Avenal, CA - 93204 -**

===============================================================

**FILED**
**NOV 17 2008**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Kenneth Dean Dawson**
(Enter the full name of the plaintiff in this action)

Case No. _____
(To be provided by the clerk of court)

vs.

**United States Senator "Barack Hussien Obama" - President elect, and Democratic Party, et al.**

(Enter the full name of the defendant(s) in this action)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

( _ ) DEMAND FOR JURY TRIAL
( ✓ ) NO JURY TRIAL DEMAND
(check one only)

All questions on this complaint form must be answered in order for your action to proceed.

I.  Exhaustion of Administrative Remedies

**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.  Place of present confinement  **Avenal State Prison**

B.  Is there a grievance procedure in this institution?
    YES ( ✓ )    NO (   )

1

C. Did you present the facts in your complaint for review through the grievance procedure?   YES ( )   NO (✓)
This is not a prison grievance issue, not required.

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

   1. Informal appeal _I'm not filing on prison issues, but illegible U.S. Presidential election._

   2. First formal level _N/A_

   3. Second formal level _N/A_

   4. Third formal level _N/A_

E. Is the last level to which you appealed the highest level of appeal available to you?   YES (~~✓~~)   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _its not a prison issue and does not require a grievance procedure._

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. _Kenneth Dean Davidson, Avenal State Prison  450-2-024  P.O. Box 9, Avenal, CA. - 93204-_

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. _United States Senator, President elect Barack Hussein Obama, 331 Senate Hart office building, Washington, DC. - 20500 - Democratic Party, et al._

2

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

United States Senator Barack Hussein Obama, President elect, was born in Kenya, a Foreign Country, his father born there to. His mother is a Natural U.S. Citizen. She took him to Hawaii to a U.S. embassy, registered him as (Naturalized Citizen).

The United States Constitution states you have to be born in the "United States" to become a United States President, a "Natural" Citizen. So January - 20th - 09, he cannot be allowed to become a U.S. President. Its illegal. This is emergency suit to stop it. Also Democrats used most of 1.5 Billion Dollars on his election campaign, I believe illegally obtained, funneled through 4275, move on.org, Liberal groups, ACORN, and excessive illegal monies, and ACORN illegally obtained fictitious Votes, Same Names Numerous times, Fictitious Names, And the Democratic Presidential election is illegal. for Obama, Biden, Party, And I request has stopped as U.S. President, as well as Biden, Democrats, and Contributions investigated, by pay as you play Special interest groups, and ACORN for election Fraud. ASAP please. Thankyou.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

*I want U.S. Senator - President elect, Barack Hussein Obama stopped from becoming President of the United States before January - 20th-09, and Democratic Party, election Chairman, Contributions, Accounts $, ways & means funded to them to make 105 Billion Dollars, ACORN'S illegal signatures and Fraud, Charges Presented, Obama, Biden, Democrates in Power, electoral College to act on illegal election.*

DATED: *11-13-08* _____*Kenneth Dean Anderson*_____
(Plaintiff's signature)

---

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: *11-13-08* _____*Kenneth Dean Anderson*_____
(Plaintiff's signature)

---

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is

*I request emergency Cart order to Stop it Now. A Jury Trial After, Not enough time.*

4

allowed.

    YES ( )    NO (✓)    (check one only)

Dated: _11-13-08_    _____
                          (Plaintiff's signature)

(rev. 11/98)