1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH D. DAWSON,

11             Plaintiff,                    No. CIV S-08-2754 FCD GGH P

12        vs.

13   BARACK H. OBAMA, et al.,

14             Defendants.                   ORDER

15   _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  On November 24, 2008, plaintiff was directed to pay the filing fee or

18   submit  an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit the completed application and the certified copy in support of his

23   application to proceed in forma pauperis.

24   /////

25   /////

26

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 30, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
daws2754.3e

2